UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MANPOWER, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-02880-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 08/14/2014 at 1:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT all previous set dates will be vacated.

IT IS FURTHER ORDERED THAT the Motion to Dismiss is set for hearing on 05/29/2014 at 9:00 AM.

IT IS FURTHER ORDERED THAT the Class Certification Hearing is set for hearing on 12/04/2014 at 9:00 AM.

IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file proposed order with dates including the 12/04/2014 Class Certification hearing, working backward to set all other necessary deadlines and hearings.

Dated:  May 08, 2014

_____
BETH LABSON FREEMAN
United States District Judge

2